■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL PARKER, Appellant. [771 NYS2d 647]—Judgment, Supreme Court, New York County (William Wetzel, J.), rendered November 13, 2000, convicting defendant, after a jury trial, of sexual abuse in the first degree, and sentencing him, as a second violent felony offender, to a term of seven years, unanimously affirmed.

Defendant's objections to the People's summation are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would find no basis for reversal (*see People v D'Alessandro*, 184 AD2d 114, 118-119 [1992], *lv denied* 81 NY2d 884 [1993]).

We perceive no basis for reducing the sentence. Concur—Nardelli, J.P., Saxe, Lerner and Marlow, JJ.